IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMARIUS FERGUSON, | ) |
| | ) |
| Plaintiff, | ) NO. 3:07-0545 |
| | ) JUDGE HAYNES |
| v. | ) |
| | ) |
| GOVERNOR PHIL BREDESEN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum filed herewith, the motion to dismiss (Docket Entry No. 8) on behalf of the Defendants; Bredesen, Miller, Hornsby, Martinez and Dawson is **GRANTED in part** and **DENIED in part**. The motion to dismiss the Defendant Dawson. is **DENIED**. The motion is otherwise **GRANTED**.

Plaintiff's claims against the Defendants: Phil Bredeson, Governor; Viola Miller, Commissioner of the Department of Children's Services ("DCS"); Steve Hornsby, DCS Deputy Commissioner; and Ted Martinez, DCS Executive Director of the Office of Juvenile Justice are **DISMISSED with prejudice**.

It is so ORDERED.

Entered this the 5th day of March, 2008.

William J. Haynes, Jr.
United States District Judge